KATE S. LEHRMAN [Bar No. 123050]
klehrman@lehrmanlawgroup.com
BENSON Y. DOUGLAS [Bar No. 206742]
bdouglas@lehrmanlawgroup.com
ANTHONY P. GRECO [Bar No. 296398]
tgreco@lehrmanlawgroup.com
LEHRMAN LAW GROUP
12121 Wilshire Boulevard
Suite 1300
Los Angeles, CA  90025
(310) 917-4500
(310) 917-5677 (FAX)

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN S. SCEMAMA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:19-cv-2146<br>[Filed:  March 21, 2019]<br><br>Hon.<br>Courtroom:<br><br>Los Angeles Superior Court<br>Case No. 19STCV04390<br>[Filed:  February 08, 2019]<br><br>**MERCEDES-BENZ USA, LLC'S PROOF OF SERVICE OF DOCUMENTS SERVED RE NOTICE OF REMOVAL TO FEDERAL COURT** |

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF LOS ANGELES** )

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is 12121 Wilshire Blvd., Suite 1300, Los Angeles, CA 90025.

On March 21, 2019, I served true copies indicated below in the manner as provided in FRCivP 5(b), the foregoing document described as:

**1.   Notice Of Removal Of Action Under 28 USC § 1332 (DIVERSITY OF CITIZENSHIP JURISDICTION; Declaration of Benson Y. Douglas; Exhibit A, B and C.**
**2.   Civil Cover Sheet;**
**3.   Demand for Jury Trial; and**
**4.   Certification and Notice of Interested Parties.**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Los Angeles, California addressed as follows:

[X]  **BY MAIL**: I caused to be delivered by US mail by placing a true copy thereof enclosed in sealed envelopes. I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

[]   **BY GSO OVERNIGHT:** I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees.

[]   I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[X]  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2019, at Los Angeles, California.


/s/ *Mary A. Rowe*
Mary A. Rowe

**PROOF OF SERVICE LIST**
**MERCEDES-BENZ USA, LLC/ZAGRUZNY, IGOR**
**(M127-428)(365.428)**
**Case No. 19STCV00328**
**Page 1**

| | |
|---|---|
| Steve B. Mikhov, Esq.<br>Amy Morse, Esq.<br>KNIGHT LAW GROUP, LLP<br>10250 Constellation Boulevard<br>Suite 2500<br>Los Angeles, CA  90067<br>(310) 552-2250<br>(310) 552-7973 (FAX)<br>stevem@knightlaw.com<br>amym@knightlaw.com | Attorneys for Plaintiff<br>IGOR ZAGRUZNY |