UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.: CV 19-02146 GW (RAOx)     Date: September 18, 2019
Title: Jonathan S. Scemama v. Mercedes-Benz USA, LLC, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | Tape No.: N/A |
|---|---|
| Deputy Clerk | Court Recorder: CourtSmart |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Kevin Jacobson | Benson Douglas |

**Proceedings:**   **MINUTES RE: SETTLEMENT CONFERENCE**

On September 18, 2019, the parties and their counsel appeared for a settlement conference. Settlement discussions are ongoing. The Court will reach out to the parties the week of October 28, 2019 for further settlement discussions. All deadlines remain as set by District Judge Wu's scheduling order.

**IT IS SO ORDERED.**

                                                                    1  :  46
                                                    Initials of Preparer    dl