UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN S. SCEMAMA, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ, USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>        Defendants | Case No. CV 19-2146-GW-RAOx<br>[Filed:  February 08, 2019]<br>[Removed:  March 22, 2019]<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**ORDER RE STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES** |

    For good cause shown, the parties' Joint Stipulation to Extend the Expert Discovery Deadlines is hereby approved and the new deadlines set forth for discovery set forth in the Scheduling Order shall be amended as follows:

    A)    Initial Expert Disclosure shall be completed by November 20, 2019;

    B)    Expert Discovery shall be completed by December 6, 2019.

    C)    All other dates shall remain the same.

    **IT IS SO ORDERED.**

DATED: October 18, 2019

                                                          */s/ George H. Wu*
                                                          HON. GEORGE H. WU,
                                                          UNITED STATES DISTRICT JUDGE