UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN S. SCEMAMA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ, USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>    Defendants | Case No. CV 19-2146-GW-RAOx<br>[Filed: February 08, 2019]<br>[Removed: March 22, 2019]<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**ORDER RE STIPULATION TO CONTINUE DECEMBER 9, 2019 POST-MEDIATION STATUS CONFERENCE TO DECEMBER 10, 2019** |

For good cause shown, the parties' Joint Stipulation to Extend the Expert Discovery Deadlines is hereby approved and the new deadlines set forth for discovery set forth in the Scheduling Order shall be amended as follows:

A) The Post-Mediation Status Conference is Continued to December 16, 2019 at 8:30 a.m.

B) The trial date and all other deadlines shall remain the same.

**IT IS SO ORDERED.**

DATED: December 9, 2019

*/s/ George H. Wu*
_____
Hon. George H. Wu
UNITED STATES DISTRICT JUDGE