UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 19-02146 GW (RAOx)     Date: January 28, 2020
Title: Jonathan S. Scemama v. Mercedes-Benz USA, LLC, et al.

---

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | Tape No.: N/A |
|---|---|
| Deputy Clerk | Court Recorder: CourtSmart |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Kevin Jacobson | Anthony Greco |

**Proceedings:**     **MINUTES RE: SETTLEMENT CONFERENCE**

On January 28, 2020, the parties and their counsel continued settlement discussions with the Court via telephone. Settlement discussions are ongoing.

**IT IS SO ORDERED.**

: 46
Initials of Preparer    dl