JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN S. SCEMAMA, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ, USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>        Defendants | Case No. CV 19-2146-GW-RAOx<br>[Filed:   February 08, 2019]<br>[Removed:  March 22, 2019]<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1   The Court has reviewed the Joint Stipulation for Order Dismissing the Action
2   with Prejudice, and hereby orders as follows:
3   The parties have stipulated that the action should be dismissed with prejudice.
4   Accordingly, the entire action is dismissed with prejudice pursuant to *Federal Rule of*
5   *Civil Procedure 41(a)(1)(A)(ii)*, with the Court to retain jurisdiction over this action to
6   enforce the settlement agreement.  Each party shall bear its own costs and attorneys'
7   fees except as otherwise agreed to by the parties.

10   **IT IS SO ORDERED.**

12   Dated: January 4, 2021

*[signature: George H. Wu]*

HON. GEORGE H. WU
U.S. DISTRICT JUDGE